**03 - 12217-MLW**

**COMMONWEALTH OF MASSACHUSETTS**

District of Massachusetts

United States District Court
CIVIL ACTION NO.

Safety Insurance Company )
)
)
vs. )
)
United States of America )

MAGISTRATE JUDGE

**COMPLAINT**
(Motor Vehicle)

## PARTIES

1. The Plaintiff is Safety Insurance Company, a Massachusetts insurance corporation duly organized and existing with a usual place of business at 20 Custom House Street, Boston, MA, as Subrogee of Brian S. Estrella, 8 Tinson Road, Apt. 308, Quincy, MA and the Defendant is the United States of America, 74 Main Street, North Reading, MA.

## COUNT ONE

2. The Plaintiff says that on or about October 17, 2002 at or near Tinson Road, Quincy, MA, the Defendant United States of America by a person for whom the United States of America was legally responsible for so carelessly and negligently operated a motor vehicle so as to cause the same to run into and collide with the motor vehicle owned by the said Brian S. Estrella.

3. That as a result thereof, the motor vehicle owned by the said Brian S. Estrella was broken and damaged to the amount of $2,497.89.

4. That the Plaintiff, as insurer for the said Brain S. Estrella was obligated and did expend the sum of $2,497.89.

WHEREFORE, THE PLAINTIFF RESPECTFULLY DEMANDS JUDGMENT UNDER COUNT ONE TOGETHER WITH INTEREST AND COSTS THEREON.

Dated this _6th_ day of _November_, 2003.

By Plaintiff's Attorneys,

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000
(BBO#378185-TCOK)
(OF# SS-03-254)
(YF# 1407211)

## JURY DEMAND

Plaintiff hereby respectfully demands a trial by jury.

Dated this _____ day of __November__, 2003.

By the Plaintiff's Attorneys:

O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000

## COMMONWEALTH OF MASSACHUSETTS

*District of Massachusett*                              *United States District Court*
                                                         *CIVIL ACTION NO.*

| | |
|---|---|
| *Safety Insurance Company* | ) |
| | ) |
| | ) |
| *vs.* | ) |
| | ) |
| *United States of America* | ) |

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this _____ day of __November__, 2003.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000