## COMMONWEALTH OF MASSACHUSETTS

*District of Massachusett*                                    *United States District Court*
                                                              ***CIVIL ACTION NO.***

*Safety Insurance Company*      )
                                )
                                )         03-12217-
*vs.*                           )              MLW
                                )
*United States of America*      )

### JURY DEMAND

The Plaintiff hereby respectfully demands a trial by jury in either or both Superior Court or District Court.

Dated this ___6th___ day of ___November___, 2003.

By the Plaintiff's Attorneys:

_____
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508)655-0000