**COMMONWEALTH OF MASSACHUSETTS**

| | |
|---|---|
| DISTRICT OF MASSACHUSETTS | UNITED STATES DISTRICT COURT |
| | CIVIL ACTION NO. 03-12217-MLW |

IN CLERKS OFFICE

SAFETY )
INSURANCE COMPANY )   2003 DEC -8  P 12: 59
    Plaintiff )
vs. )   U.S. DISTRICT COURT
  ) DISTRICT OF MASS.
UNITED STATES OF AMERICA )
    Defendant )

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P.41(a)(1)(ii), all parties Stipulate to

Dismiss the above entitled action.

Dated this _1st_ day of _December_, 2003.

For Plaintiff
Safety Insurance Company
By Its Attorney:

_/s/ Thomas C. O'Keefe_
Thomas C. O'Keefe, III, Esq.
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508) 655-0000
BBO# 378185
OF# SS-03-254

For Defendant
United States of America
By Its Attorney: Agent:

_/s/ Janet Hook_
Janet Hook
Accident Tort Claims
25 Dorchester Avenue
Boston, MA 02205-9331
(617) 654-5533